# Exhibit 15

| Officer | Type of Force Used | Report Date | Incident Date | Incident Time | Sys # | Case # | Supervisor | Action Approved |
|---|---|---|---|---|---|---|---|---|
| SMITH, B. (PATR, BLUE) | TAKEDOWN | 07/23/2015 | 01/17/2015 | 02:01 | 103 | 2015-00373 | WYLLIE,B. | Y |
| | CUFFING WITH | 07/23/2015 | 01/17/2015 | 02:01 | 103 | 2015-00373 | WYLLIE,B. | Y |
| | TAKEDOWN | 09/15/2015 | 09/14/2015 | 23:34 | 142 | 2015-05853 | HERBIG,J. | |
| | TAKEDOWN | 11/11/2015 | 11/01/2015 | 21:30 | 161 | 2015-07046 | SMITH,D. | Y |
| | TAKEDOWN | 04/02/2016 | 03/31/2016 | 22:36 | 195 | 2016-02185 | DUNCAN,D. | Y |
| | LESS LETHAL | 08/01/2016 | 07/30/2016 | 18:19 | 235 | 2016-04795 | BLACK,J. | Y |
| | CUFFING WITH | 08/01/2016 | 07/30/2016 | 18:19 | 235 | 2016-04795 | BLACK,J. | Y |
| | LESS LETHAL | 12/07/2016 | 11/18/2016 | 05:00 | 1269 | 2016-07371 | ALLEN,R. | Y |
| | CANINE BITE | 03/27/2017 | 03/13/2017 | 23:59 | 1307 | 2017-01381 | LINDROS,S. | Y |
| | OTHER | 06/05/2017 | 06/05/2017 | 02:11 | 1333 | 2017-03216 | KING,A. | Y |
| | TAKEDOWN | 07/03/2017 | 07/02/2017 | 19:40 | 1355 | 2017-03868 | BLACK,J. | Y |
| | TAKEDOWN | 08/01/2017 | 07/30/2017 | 20:33 | 1379 | 2017-04483 | HIROTAKA,R. | Y |
| | CANINE BITE | 09/07/2017 | 09/07/2017 | 00:20 | 1401 | 2017-05376 | KING,A. | Y |
| | TAKEDOWN | 09/08/2017 | 09/06/2017 | 00:06 | 1402 | 2017-05343 | KING,A. | |
| | TAKEDOWN | 09/27/2017 | 09/26/2017 | 17:54 | 1404 | 2017-05833 | HIROTAKA,R. | Y |
| | TAKEDOWN | 12/19/2017 | 12/19/2017 | 01:15 | 2429 | 2017-07727 | FRAILEY,P. | |
| | TAKEDOWN | 12/28/2017 | 12/28/2017 | 00:50 | 2431 | 2017-07901 | FRAILEY,P. | |
| | CANINE BITE | 01/06/2018 | 01/04/2018 | 02:19 | 2434 | 2018-00088 | KING,A. | Y |
| | TAKEDOWN | 02/09/2018 | 02/07/2018 | 19:07 | 2459 | 2018-00796 | HIROTAKA,R. | Y |
| | HAIR HOLD | 03/14/2018 | 03/13/2018 | 21:27 | 2469 | 2018-01468 | FRAILEY,P. | |
| | # Incidents for SMITH, B. | 24 | | | | | | |
| BLACK, J. (PATR, BLUE) | OTHER | 08/08/2015 | 08/07/2015 | 15:30 | 115 | 2015-04933 | HOLMES,R. | Y |
| | TAKEDOWN | 09/11/2015 | 09/05/2015 | 15:21 | 131 | 2015-05650 | HOLMES,R. | Y |
| | COUNTER-JOINT | 09/11/2015 | 09/05/2015 | 15:21 | 131 | 2015-05650 | HOLMES,R. | Y |
| | CUFFING WITH | 09/11/2015 | 09/05/2015 | 15:21 | 131 | 2015-05650 | HOLMES,R. | Y |
| | PEPPER SPRAY/ OC | 07/15/2016 | 07/14/2016 | 18:55 | 216 | 2016-04463 | SMITH,D. | Y |
| | COUNTER-JOINT | 08/01/2016 | 07/30/2016 | 18:19 | 237 | 2016-04795 | SMITH,D. | Y |
| | PEPPER SPRAY/ OC | 09/06/2017 | 09/06/2017 | 00:16 | 1400 | 2017-05343 | KING,A. | Y |
| | # Incidents for BLACK, J. | 7 | | | | | | |
| SMITH, D. (PATR, GOLD) | PUNCHES, KICKS, | 10/23/2015 | 10/22/2015 | 03:39 | 153 | 2015-06811 | SMITH,D. | Y |
| | TAKEDOWN | 10/23/2015 | 10/22/2015 | 03:39 | 153 | 2015-06811 | SMITH,D. | Y |
| | # Incidents for SMITH, D. | 2 | | | | | | |
| DONALD, R. (PATR, | TAKEDOWN | 04/16/2015 | 03/07/2015 | 22:15 | 53 | 2015-01512 | RENSCHLER,M. | Y |
| | COUNTER-JOINT | 05/11/2015 | 04/20/2015 | 23:40 | 62 | 2015-02493 | RENSCHLER,M. | Y |
| | TAKEDOWN | 05/11/2015 | 04/20/2015 | 23:40 | 62 | 2015-02493 | RENSCHLER,M. | Y |
| | PUNCHES, KICKS, | 06/12/2015 | 05/10/2015 | 01:48 | 68 | 2015-02889 | RENSCHLER,M. | Y |
| | TAKEDOWN | 07/23/2015 | 01/10/2015 | 02:08 | 102 | 2015-00217 | WYLLIE,B. | |
| | HANDGUN | 10/23/2015 | 05/21/2015 | 00:51 | 156 | 2015-03130 | RENSCHLER,M. | |
| | HANDGUN | 10/23/2015 | 05/21/2015 | 00:51 | 157 | 2015-03130 | RENSCHLER,M. | |
| | HAIR HOLD | 02/18/2016 | 02/09/2016 | 18:56 | 189 | 2016-01008 | SMITH,D. | |
| | TAKEDOWN | 05/24/2016 | 05/23/2016 | 15:52 | 210 | 2016-03311 | SMITH,D. | |
| | TAKEDOWN | 07/27/2016 | 07/25/2016 | 21:05 | 229 | 2016-04679 | HIROTAKA,R. | Y |
| | CUFFING WITH | 09/05/2016 | 09/03/2016 | 22:48 | 253 | 2016-05592 | HIROTAKA,R. | Y |
| | TAKEDOWN | 11/27/2016 | 11/26/2016 | 23:01 | 266 | 2016-07550 | HIROTAKA,R. | |
| | TAKEDOWN | 03/11/2017 | 03/08/2017 | 00:31 | 1302 | 2017-01301 | HIROTAKA,R. | Y |
| | TAKEDOWN | 07/19/2017 | 07/17/2017 | 21:17 | 1374 | 2017-04157 | HIROTAKA,R. | Y |
| | TAKEDOWN | 08/04/2017 | 07/29/2017 | 02:20 | 1381 | 2017-04451 | HIROTAKA,R. | Y |
| | TAKEDOWN | 11/24/2017 | 11/16/2017 | 16:18 | 2420 | 2017-07024 | HOUSER,B. | |
| | OTHER | 11/24/2017 | 11/16/2017 | 16:18 | 2420 | 2017-07024 | HOUSER,B. | |
| | TAKEDOWN | 05/14/2018 | 05/13/2018 | 00:40 | 2512 | 2018-02819 | RENSCHLER,M. | |
| | # Incidents for DONALD, R. | 18 | | | | | | |