The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ANDRE THOMPSON, a single man; and BRYSON CHAPLIN, a single man,<br><br>                      Plaintiffs,<br><br>  v.<br><br>CITY OF OLYMPIA, a municipal corporation and local government entity; and RYAN DONALD and "JANE DOE" DONALD, individually and the marital community comprised thereof,<br><br>                      Defendants. | No. 3:18-cv-05267-RBL<br><br>JOINT MOTION AND ORDER FOR BIFURCATION OF LIABILITY AND DAMAGES |

All parties have consulted and jointly agree that the Court should order this case bifurcated to litigate liability issues before damages. This has the potential of reducing the number of trial days by 4-6, and will save all parties considerable expense on damages experts and other witnesses.

The parties jointly move the Court to order the trial bifurcated in the manner.

//

//

//

//

JOINT MOTION AND ORDER FOR BIFURCATION OF
LIABILITY AND DAMAGES - 1
3:18-cv-05267-RBL
1002-0088

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED:  August 28, 2019

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Kim J. Waldbaum, WSBA #31529
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
acooley@kbmlawyers.com

DAVIES PEARSON

By: *s/ Monte Bersante*
Monte Bersante, WSBA #17083
Brian M. King, WSBA #29197
Attorneys for Plaintiffs

920 Fawcett
PO Box 1657
Tacoma, WA 98401-1657
Phone:  (253) 620-1500
mbersante@dpearson.com
bking@dpearson.com

THE LAW OFFICES OF SUNNI KO

By: *s/ Sunni Y. Ko*
Sunni Y. Ko, WSBA #20425
Attorney of Plaintiffs

1105 Tacoma Ave S
Tacoma, WA 98402-2031
Phone:  (253) 383-5346
sunni@sunnikolaw.com

## ORDER

IT IS HEREBY ORDERED that the agreed motion is GRANTED;

IT IS FUTHER ORDERED that this matter will proceed to trial in a manner bifurcating liability and damages.

Ronald B. Leighton
United States District Judge

JOINT MOTION AND ORDER FOR BIFURCATION OF
LIABILITY AND DAMAGES - 2
3:18-cv-05267-RBL
1002-0088

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423