The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ANDRE THOMPSON, a single man; and BRYSON CHAPLIN, a single man,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OLYMPIA, a municipal corporation and local government entity; and RYAN DONALD and "JANE DOE" DONALD, individually and the marital community comprised thereof,<br><br>　　　　　　　　　　　Defendants. | No. 3:18-cv-05267-RBL<br><br>DECLARATION OF ANDREW COOLEY IN SUPPORT OF MEMORANDUM AND MOTION REGARDING CONTROL OF GALLERY<br><br>**Noted:  Friday, September 20, 2019** |

I, Andrew G. Cooley, declare as follows:

1.　I am a U.S. Citizen over the age of 18 and am competent to testify to the matters stated herein.  I am one of the attorneys for the Defendants in this matter.

2.　It has come to my attention that the mother of the Plaintiffs, Crystal Chaplin, has galvanized her Facebook community through a series of posts and made her sons' trial a Facebook "event." True and correct copies of the posts regarding the trial are attached hereto as Exhibit A.

3.　As part of these posts, Ms. Chaplin calls the police "the real gang members." As of this date, 124 individuals have responded that they are interested in attending the trial. *Id*.

DECLARATION OF ANDREW COOLEY IN SUPPORT OF MEMORANDUM AND MOTION REGARDING CONTROL OF GALLERY - 1
3:18-cv-05267-RBL
1002-00881/458137.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4. Further, Ms. Chaplin made a shirt for her "BF" Lisa Ganser, in which Ms. Chaplin described Defendant Officer Ryan Donald as a "trigger happy person and a DANGEROUS MURDERER NARCISSISTIC PSYCHOPATH who should not be a kop." A true and correct copy of this post is attached as Exhibit B.

5. Additionally, she called Defendant Donald a "piss ant of a man" (Exhibit C) and an "Evil Terrorist (Exhibit D). She also posted: "the f***ing cops can watch my page all they want, just remember you narcissistic psychopaths we are also watching you too. I SEE YOU." Exhibit E.

6. Although Ms. Chaplin asks her Facebook community to be respectful, and not wear certain clothing and exhibit certain behaviors if they attend this trial, I am not confident that this advice will be followed. I personally sat through some of the criminal trial of the Plaintiffs and observed just the opposite. Individuals appeared wearing the color purple in a show of solidarity with the Plaintiffs, including Mr. Chaplin's counsel, who wore a purple suit some days. Additionally, supporters of the Plaintiffs wrote messages such as "Free Bryson and Andre" in sidewalk chalk in front of the courthouse. Ms. Ganser took pictures ostensibly of herself yet had jurors' faces in the background and published the photographs of these jurors on the internet. It was apparent to me that the Plaintiffs were engaged in tactics that were intended to influence and intimidate the jury in the criminal case.

I declare under the penalty of the perjury laws of the state of Washington that the foregoing is true and correct.

DATED this 16th day of September, 2019, at Seattle, Washington.

/s/ Andrew Cooley
Andrew Cooley, WSBA #15189

DECLARATION OF ANDREW COOLEY IN SUPPORT OF MEMORANDUM AND MOTION REGARDING CONTROL OF GALLERY - 2
3:18-cv-05267-RBL
1002-00881/458137.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Monte Bersante, WSBA #17083
Brian M. King, WSBA #29197
Davies Pearson PC
920 Fawcett
PO Box 1657
Tacoma, WA 98401-1657
Email:  mbersante@dpearson.com
             bking@dpearson.com
             mlucente@dpearson.com

**Attorneys for**

Sunni Y. Ko, WSBA #20425
The Law Office of Sunni Ko
1105 Tacoma Ave S
Tacoma, WA 98402-2031
Email:  ko@sunnikolaw.com

DATED:  September 16, 2019

/s/ Andrew Cooley
Andrew Cooley, WSBA #15189
Attorney for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: acooley@kbmlawyers.com

DECLARATION OF ANDREW COOLEY IN SUPPORT OF MEMORANDUM AND MOTION REGARDING CONTROL OF GALLERY - 3
3:18-cv-05267-RBL
1002-00881/458137.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423