The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| ANDRE THOMPSON, a single man; and BRYSON CHAPLIN, a single man, | No. 3:18-cv-05267-RBL |
|---|---|
| Plaintiffs, | STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL |
| v. | |
| CITY OF OLYMPIA, a municipal corporation and local government entity; and RYAN DONALD and "JANE DOE" DONALD, individually and the marital community comprised thereof, | |
| Defendants. | |

Now come the parties in the above-captioned matter, and hereby stipulate to the authenticity and admissibility of the Exhibits set forth below. This stipulation will obviate the need to call a number of foundational witnesses during the trial.

| Name / Exhibit No. | Relevant Witness |
|---|---|
| Videos of evidence at scene of incident (Exhibit 106)  Brady Report (Exhibit 291) | Ray Brady (will no longer need to testify for Plaintiffs) |
| (Exhibit 284) Mathew's notes with redactions | Dave Mathews may no longer testify for Plaintiffs |
| Transcript of Interview (Exhibit 269) | James Ambrose |
| Witness Interview Transcript – Ilya Bonel 5.21.15 (Exhibit A489) (Exhibit 290) | Ilya Bonel |
| Witness Interview Transcript – John Lyell 5.21.15 (Exhibit A492) (Exhibit 283) | John Lyell |

STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 1
3:18-cv-05267-RBL

1002-00881/458988.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

| Name / Exhibit No. | Relevant Witness |
|---|---|
| Witness Interview Transcript – Janice Lyell (Exhibit A491) (Exhibit 282) | Janice Lyell |
| Witness Interview Transcript – (Exhibit 293) Lynda Sulenes 5.27.15 (Exhibit A493) | Lynda Sulenes |
| Witness Interview Transcript – James Stewart 5.21.15 (A494) (Exhibit 292) | James Stewart |
| Witness Interview Transcript – Mikki Brandell 5.21.15 (Exhibit A490) (Exhibit 271) | Mikki Brandell |
| Andre Thompson Blood Alcohol Report, Exhibit A53 | Chris Strode, St. Peter's witnesses (Will no longer need to testify for defense; Plaintiffs may still call Dr. Strode) |
| Bryson Chaplin Blood Alcohol Report, Exhibit A86 | Bruce Lincoln/St. Peter's Witnesses (will no longer need to testify for defense) |
| All exhibits and report related to Barber (Exhibits 142, 143, 144, 145, 146, 147, 148, 149, 225, 226, 231, 233, 263) | Margaret Barber (Will not testify for Plaintiffs) |
| All exhibits and report related to Weber (Exhibits 296 and 297) | Sarah Weber (Will not testify for Plaintiffs) |
| DOT animation Exhibit A473, A496 | Louis Cheng |
| Dr. Lacy deposition photo, Exhibit A495 | Dr. Lacy |
| Officer Hinrich's transcript of interview (Exhibit 264) | Officer Hinrich will not testify for Plaintiffs |
| Officer Sola's transcript of interview (Exhibit 265) | Officer Sola will not testify for Plaintiffs |
| Officer Seig's transcript of interview (Exhibit 266) | Officer Seig will not testify for Plaintiffs |
| Officer Frailey's transcript (Exhibit 267) | Officer Frailey will not testify for Plaintiffs |
| Officer Smith's transcript (Exhibit 268) | Officer Smith will not testify for Plaintiffs |
| Nurse Grib's report redacted (Exhibit 274) | Nurse Grib will not testify for Plaintiffs |
| Evergreen State Campus Security Officer Tyson Forrest's report (Exhibit 277) | Tyson Forrest will not testify for Plaintiffs |

The parties further stipulate that the jury will be informed of the following:

After May 21, 2015, the Thurston County Prosecutors' Office charged Bryson Chaplin and Andre Thompson each with two counts of Assault in the Second Degree with a

STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 2
3:18-cv-05267-RBL
1002-00881/458988.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

deadly weapon. Subject to ruling by the Court, the jury may be informed/instructed that Bryson Chaplin was charged with assault against Tammy Browne and theft.

Count 1 alleged that Bryson Chaplin and Andre Thompson assaulted Officer Ryan Donald with a deadly weapon at the event which occurred at the back of the patrol car. Count 2 alleged that Bryson Chaplin and Andre Thompson assaulted Officer Ryan Donald with a deadly weapon at the event which occurred at the edge of the woods.

The jury was also advised if, after full and careful deliberation on these charges, the jury was not satisfied beyond a reasonable doubt that Bryson Chaplin and/or Andre Thompson were guilty of Assault in the Second Degree, the jury should consider whether Chaplin and/or Thompson were guilty of the lesser crime of Assault in the Third Degree on both counts.

The burden in this criminal case was beyond a reasonable doubt. Thus, in the Plaintiffs' criminal case, the State had to prove each element of each offense beyond a reasonable doubt. In this criminal case, Bryson Chaplin and Andre Thompson were presumed innocent. This presumption continues throughout the entire criminal trial unless during the jury's deliberations it found that it had been overcome by the evidence beyond a reasonable doubt. The jury in this criminal case was required to be unanimous as to the question of whether Bryson Chaplin were guilty or not guilty on all counts.

The jury in this criminal case was unable to reach a verdict on Assault in the Second Degree and the lesser crime of Assault in the Third Degree on Count 1 for Chaplin and Thompson, and a mistrial was declared.

The jury in this criminal case was unable to reach a verdict on Assault in the Second Degree for Chaplin and Thompson on Count 2. The jury did unanimously decide that Bryson Chaplin and Andre Thompson were guilty of the lesser crime of Assault in the Third Degree which is a felony in the State of Washington.

To convict Chaplin and Thompson of Assault in the Third Degree, the State had to prove beyond a reasonable doubt the following elements:

STIPULATION BY PARTIES AS TO WITNESSES /
EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 3
3:18-cv-05267-RBL
1002-00881/458988.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1. That on or about May 21, 2015, Chaplin or Thompson assaulted Ryan Donald;

2. That at the time of the assault, Ryan Donald was a law enforcement officer who was performing his duties; and

3. That the acts occurred in the State of Washington.

"Assault" was defined as:

> An assault is an intentional touching or striking of another person that is harmful or offensive regardless of whether any physical injury is done to the person. A touching or striking is offensive if the touching or striking would offend an ordinary person who is not unduly sensitive.

> An assault is also an act done with intent to inflict bodily injury upon another, tending but failing to accomplish it and accompanied with the apparent present ability to inflict the bodily injury if not prevented. It is not necessary that bodily injury be inflicted.

> An assault is also an act done with the intent to create in another apprehension and fear of bodily injury, and which in fact creates in another a reasonable apprehension and imminent fear of bodily injury even though the actor did not actually intend to inflict bodily injury.

Subject to ruling by the Court, the jury in this trial may be informed/instructed that the jury in the criminal case further found Bryson Chaplin guilty of assault of Tammy Browne. Bryson Chaplin pled guilty to three counts of theft in the 3rd degree based on him stealing beer from Safeway.

///
///
///
///
///
///
///
///

STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 4
3:18-cv-05267-RBL
1002-00881/458988.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: September 19, 2019

          KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Kimberly J. Waldbaum, WSBA #31529
*Attorneys for Defendants*

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: acooley@kbmlawyers.com
Email: kwaldbaum@kbmlawyers.com


DAVIES PEARSON PC


By: */s/ Monte Bersante*
Monte Bersante, WSBA #17083
Brian M. King, WSBA #29197
*Attorneys for Plaintiffs*

920 Fawcett
PO Box 1657
Tacoma, WA 98401-1657
Email: mbersante@dpearson.com
      bking@dpearson.com


THE LAW OFFICE OF SUNNI KO


By: */s/ Sunni Y. Ko*
Sunni Y. Ko, WSBA #20425
*Attorney for Plaintiffs*

1105 Tacoma Ave S
Tacoma, WA 98402-2031
Email: ko@sunnikolaw.com

STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 5
3:18-cv-05267-RBL
1002-00881/458988.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Attorneys for Plaintiffs | Attorney for Plaintiffs |
|---|---|
| Monte Bersante, WSBA #17083<br>Brian M. King, WSBA #29197<br>DAVIES PEARSON PC<br>920 Fawcett<br>PO Box 1657<br>Tacoma, WA 98401-1657<br>Email:  mbersante@dpearson.com<br>            bking@dpearson.com<br>            mlucente@dpearson.com | Sunni Y. Ko, WSBA #20425<br>THE LAW OFFICE OF SUNNI KO<br>1105 Tacoma Ave S<br>Tacoma, WA 98402-2031<br>Email:  ko@sunnikolaw.com |

DATED:  September 19, 2019

*/s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Attorney for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: acooley@kbmlawyers.com

STIPULATION BY PARTIES AS TO WITNESSES / EXHIBITS / EVIDENTIARY ISSUES FOR TRIAL - 6
3:18-cv-05267-RBL
1002-00881/458988.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423