Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

ANDRE THOMPSON, a single man; and BRYSON CHAPLIN, a single man,

    Plaintiffs,

vs.

CITY OF OLYMPIA, a local government entity; and RYAN DONALD and "JANE DOE" DONALD, individually and the marital community comprised thereof,

    Defendants.

NO. 3:18-cv-05267

NOTICE OF FILING PHYSICAL MATERIAL WITH THE CLERK

PLAINTIFFS, by and through their counsel, file this Notice of Filing Physical Material With the Clerk.

**Exhibit E** to the Declaration of Sunni Ko, Dkt. #93 is being filed in physical form with the Clerk's Office for the Western District of Washington. The item will remain in

NOTICE OF FILING PHYSICAL MATERIAL WITH THE CLERK
Page 1

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 20th day September, 2019.

/s/ Sunni Y. Ko

**SUNNI KO**, WSB# 20425
Attorney for the Plaintiffs

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## **CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Defendants**

Andrew Cooley
Kimberly J. Waldbaum
Keating, Bucklin & McCormack, Inc., P.S.
801 Second Avenue, Suite 1210
Seattle, WA 98104

(X)   Via Email
(X)   ECF

**SIGNED** this 20th day of September, 2019, at Tacoma, Washington.

/s/ *Sunni Y. Ko*

SUNNI Y. KO #20425

Attorney for Plaintiffs

**NOTICE OF FILING PHYSICAL MATERIAL WITH THE CLERK**
Page 3

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052