HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRE THOMPSON, and BRYSON CHAPLIN,<br><br>Plaintiffs,<br>v.<br><br>CITY OF OLYMPIA, et al.,<br><br>Defendants. | CASE NO. C18-5267RBL<br><br>VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

**Question 1:** Do you find that Officer Donald violated Andre Thompson's constitutional rights by using excessive force on May 21, 2015?

\_\_\_\_ Yes     ✓ No

**Question 2:** Do you find that Officer Donald violated Bryson Chaplin's constitutional rights by using excessive force on May 21, 2015?

\_\_\_\_ Yes     ✓ No

**Question 3:** Do you find that the City of Olympia's failure to train its officers was the moving force behind a violation of Andre Thompson's constitutional rights?

\_\_\_\_ Yes   ✓ No

**Question 4:** Do you find that the City of Olympia's failure to train its officers was the moving force behind a violation of Bryson Chaplin's constitutional rights?

\_\_\_\_ Yes   ✓ No

**Question 5:** Do you find that the City of Olympia's official policy, practice, or custom was the moving force behind a violation of Andre Thompson's constitutional rights?

\_\_\_\_ Yes   ✓ No

**Question 6:** Do you find that the City of Olympia's official policy, practice, or custom was the moving force behind a violation of Bryson Chaplin's constitutional rights?

\_\_\_\_ Yes   ✓ No

**Question 7:** Do you find for Andre Thompson on his negligence claim against Officer Donald and the City of Olympia?

\_\_\_\_ Yes   ✓ No

*If you answered Yes to Question 7, answer Question 8. If you answered No to Question 7, go to Question 10.*

**Question 8:** Do you find that Andre Thompson was contributorily negligent?

    \_\_\_\_\_ Yes             \_\_\_\_\_ No

*If you answered Yes to Question 8, answer Question 9. If you answered No to Question 8, go to Question 10.*

**Question 9:** What percentage of fault do you assign to Andre Thompson on the one hand, and to Officer Donald on the other? Your total should equal 100%.

    Andre Thompson    _____%

    Officer Donald     _____%

**Question 10:** Do you find for Bryson Chaplin on his negligence claim against Officer Donald and the City of Olympia?

    \_\_\_\_\_ Yes             ✓ No

*If you answered Yes to Question 10, answer Question 11. If you answered No to Question 10, go to Question 13.*

**Question 11:** Do you find that Bryson Chaplin was contributorily negligent?

    \_\_\_\_\_ Yes             \_\_\_\_\_ No

*If you answered Yes to Question 11, answer Question 12. If you answered No to Question 11, go to Question 13.*

**Question 12:** What percentage of fault do you assign to Bryson Chaplin on the one hand, and to Officer Donald on the other? Your total should equal 100%

    Bryson Chaplin    _____%

    Officer Donald     _____%

**Question 13:** Do you find for Andre Thompson on his outrage claim against Officer Donald and the City of Olympia?

_____ Yes  ✓ No

**Question 14:** Do you find for Bryson Chaplin on his outrage claim against Officer Donald and the City of Olympia?

_____ Yes  ✓ No

*The presiding juror should date and sign this verdict form and advise the Court that you have reached a verdict.*

Dated this 10th day of October 2019.

_____
PRESIDING JUROR